450 A.2d 1052

Commonwealth v. Johnson a/k/a Young, Appellant.

Submitted April 16, 1980. John H. Corbett, Jr., Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., BROSKY and MONTGOMERY, JJ.

The judgment of sentence of the lower court is affirmed.